**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | | |
|---|---|---|
| ISAIAH CYRUS FLORES, | ) | NO. ED CV15-02122-R (AS) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MONTGOMERY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the "Order of Dismissal Without Prejudice,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  October 23, 2015

_____
         MANUEL L. REAL
UNITED STATES DISTRICT JUDGE